**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2024 MAR -5 PM 1:29

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. _____
(To be supplied by the court)

_____Christina besher_____, Plaintiff

v.          490 W. colfax
        Ave Denver. 80204

Jury Trial requested:
(please check one)
___ Yes ___X___No

_____,

Denver county Sheriffs

_____,

Department 490 W.
colfax, 80204.

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

**COMPLAINT**

---

| NOTICE |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.<br><br>**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.** |

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Christina berster.    48609 Broadway
80304
boulder.
(Name and complete mailing address)

(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:    Denver County Sheriffs office.
(Name and complete mailing address)
490 w. Colfax. 80204.

(Telephone number and e-mail address if known)

Defendant 2:    _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 3:    _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4:    _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: I ask the Judge to politely

Supporting facts: Order Denver County Sheriffs department to Sypoena a courtorde of all the individuals who work for Avis car rental at 25500 e. 78th ave Denver 80249 including Ceo human recaurce mangers and investigate if they're driv005 behind the bus herassing me to places I go for my modice of dementia. due to them wanting me to Incriminate my self to get antibiotics for sone of their relatives that may have a problem with needles or mis use of needles and antibiotics. I dont have a drug issue and it scares me after seeing a girl shoot up In the shelter. I ask the sheriff to investigate all the employees and the human recaurce people at avis and question their agents if their families are following me for medicine. I dont have

**E.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

**F.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Christina Keister.
(Plaintiff's signature)

03/05/2024.
(Date)

(Revised February 2022)

5